UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALES COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TITAN WIRELESS, INC.; TITAN ) <br> CORPORATION; TITAN AFRICA INC.; ) <br> and GEOLUTION INTERNATIONAL, INC., ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> TITAN WIRELESS, INC., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> GONZALES COMMUNICATIONS, INC. ) <br> ) <br> Counterdefendant. ) | Case No. 04cv0147 WMc <br><br> **ORDER VACATING OSC HEARING AND SETTING FURTHER TELEPHONIC CONFERENCE** |

The Court has received the Declaration of Randolph Shiner in Opposition to the OSC for Failure to Appear Telephonically. [Doc. No. 145.] After consideration of the declaration, the Court **VACATES** the OSC hearing currently set for July 30, 2007 and holds sanctions in abeyance pending future compliance.

///

///

1  The Court will hold a further *telephonic* Settlement Disposition Conference on **August 10, 2007 at 9:30 a.m**. Attorney Shiner is ordered to contact Attorney James Moloney and Attorney Jonathan Kitchen on the day and at the time indicated above and then initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: July 24, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

ALL COUNSEL OF RECORD